UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ESAU HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY, *et al.*,<br><br>Respondents. | Case No.: 1:25-cv-01676-KES-CDB (HC)<br><br>ORDER DIRECTING RESPONDENTS TO LODGE ANY REMOVAL ORDER AND FILE SUPPLEMENTAL BRIEFING<br><br>**7-Day Deadline** |

Petitioner Samuel Esau Hernandez ("Petitioner"), a federal immigration detainee proceeding pro se, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 28, 2025, while in custody of the Immigration and Customs Enforcement ("ICE") at the Mesa Verde facility, located in Bakersfield, California. (Doc. 1).

**Background**

Petitioner entered the United States, was detained by the DHS, and released at its discretion. (Doc. 11 at 1-2). He was re-detained in September 2025. Petitioner has been in custody for over four months. (Doc. 1 ¶¶ 2, 19). Publicly available information provided by the Department of Justice, Executive Office for Immigration Review ("EOIR"), reflects that Petitioner has been pending immigration proceedings since December 17, 2024, and with an order of removal entered January 14, 2026.[1] Respondents do not address the removal order in their response to the petition.

---

[1] *See* https://acis.eoir.justice.gov/en/caseInformation (last visited February 17, 2026, using Petitioner's A-Number and nationality); *Daniels-Hall v. National Edu. Ass'n*, 629 F.3d 992, 998-99 (9th Cir.

*See* (Doc. 11).

Thus, the Court will direct Respondents to lodge with the Court any order of removal as to Petitioner and to file supplemental briefing setting forth their position regarding the procedural posture of the immigration case. *See Zadvydas v. Davis*, 533 U.S. 678, 683 (2001) ("After entry of a final removal order and during the 90-day removal period, ... aliens must be held in custody.") (citing 8 U.S.C. § 1231(a)(2)). Although Petitioner has not timely filed a traverse (*see* Doc. 5), the Court will extend to him an opportunity to respond to any filing made by Respondents in response to this order.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Respondents SHALL file and serve upon Petitioner, within seven (7) days of entry of this order, any order of removal relating to Petitioner;

2. Respondents SHALL file and serve upon Petitioner supplemental briefing setting forth their position regarding the procedural posture of Petitioner's immigration case by that same deadline; and

3. Within 14 days of Respondents' service upon Petitioner as directed above, Petitioner may file a response addressing Respondents' production of any order of removal and arguments thereto.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

UNITED STATES MAGISTRATE JUDGE

2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities ... and neither party disputes the authenticity of the web sites or the accuracy of the information displayed [ ] therein."); *Argueta v. Walgreens Co.*, 760 F. Supp. 3d 1028, 1034 (E.D. Cal. 2024) (taking judicial notice of information on federal government agency's website).