UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ESAU HERNANDEZ, | No. 1:25-cv-01676-KES-CDB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, et al., | Docs. 1, 18 |
| Respondents. | |

Petitioner Samuel Esau Hernandez is an immigration detainee proceeding with a petition for writ of habeas corpus. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted, that respondents be ordered to immediately release petitioner from custody, and that respondents be enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified. Doc. 18. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within seven days

1

of service. *Id.* at 18.

On February 20, 2026, respondents filed a one-sentence objection, objecting "for the reasons set forth in their previous pleadings." Doc. 19. Petitioner has not filed objections.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 19, 2026, Doc. 18, are ADOPTED IN FULL;

2. The petition for writ of habeas corpus is GRANTED;

3. Respondents are ORDERED to release petitioner immediately;

4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified; and

5. The Clerk of Court is directed to enter judgment for petitioner and close the case.

IT IS SO ORDERED.

Dated:   February 21, 2026

_____
UNITED STATES DISTRICT JUDGE